IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUDY STANKO, | ) | 8:10CV454 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHIEF PROBATION OFFICER, | ) | |
| United States District Court, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on Petitioner's Motion for Reconsideration. (Filing No. 9.) The court dismissed this matter on April 1, 2011, because Petitioner failed to pay the initial partial filing fee. (Filing No. 7.) In his Motion, Petitioner requests that the court permit him additional time to pay the initial partial filing fee because "the future looks bright" and he believes he may be able to pay the fee within 60 days of the date of his Motion. (Filing No. 9 at CM/ECF pp. 1-2.)

    The court will not re-open this matter at this time. However, if Petitioner submits the initial partial filing fee of $9.47 to the court no later than **June 15, 2011**, the court will re-open this matter. In the event that Petitioner does not pay the initial partial filing fee by that date, this matter will remain closed.

    IT IS THEREFORE ORDERED that:

    1.    Petitioner's Motion for Reconsideration (filing no. 9) is granted in part. If Petitioner submits the initial partial filing fee of $9.47 no later than **June 15, 2011**, the court will re-open this matter. In the event that Petitioner does not submit the initial partial filing fee by that date, this matter will remain closed.

    2.    The Clerk of the court is directed to set a pro se case management

deadline in this matter with the following text: June 15, 2011: deadline for Petitioner to submit initial partial filing fee to re-open case.

DATED this 5th day of May, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.