IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUDY STANKO, | ) | 8:10CV454 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHIEF PROBATION OFFICER, | ) | |
| United States District Court, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. The court dismissed this matter on April 1, 2011, because Petitioner failed to pay the initial partial filing fee. (Filing No. 7.) Petitioner thereafter requested reconsideration of the dismissal because he believed he could pay the initial partial filing fee. (Filing No. 9 at CM/ECF pp. 1-2.) The court declined to re-open the matter, but stated that "if Petitioner submits the initial partial filing fee of $9.47 to the court no later than **June 14, 2011**, the court will re-open this matter." (Filing No. 11.) Petitioner paid the initial partial filing fee on May 25, 2011. However, this matter has remained closed and Petitioner has taken no further action in this matter, and has not made any additional filing fee payments. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. Petitioner shall have until **May 17, 2012**, in which to inform the court regarding whether this matter should be re-opened. In the event that Petitioner does not file a response to this Memorandum and Order by that date, this matter will remain closed and the court will take no further action.

2. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: May 17, 2012: deadline for Petitioner

to submit response regarding whether he seeks to re-open matter.

      DATED this 18th day of April, 2012.

                                  BY THE COURT:

                                  s/ Joseph F. Bataillon
                                  United States District Judge